UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| U.S. RING BINDER, L.P., | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| vs. | ) | Case number 4:08cv0583 TCM |
|  | ) |  |
| STAPLES, THE OFFICE SUPERSTORE, LLC., et al., | ) |  |
|  | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

## ORDER

This case is before the Court on the parties' joint motion to amend the case management order to extend the deadline for the filing of their joint claim construction memorandum to January 22, 2009; to extend the deadline for the filing of their separate responsive memorandum to the joint claim construction memorandum and/or their separate initial claim construction briefs to February 5, 2009; and to reschedule the Markman hearing now set on February 5, 2009. [Doc. 47] For good cause shown,

**IT IS HEREBY ORDERED** that this motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Markman hearing is now set for **Wednesday, February 18, 2009**, at **9:00 in the morning** in Courtroom 13N.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of December, 2008.