MOTION:
Granted ✓
Denied _____
Overruled _____
Date _____
CBM 2/9/09

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| U.S. RING BINDER, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES THE OFFICE SUPERSTORE, LLC, et al.,<br><br>Defendants. | Case No. 4:08-cv-00583<br><br>**JURY TRIAL DEMANDED** |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE CLAIM CONSTRUCTION MEMORANDUM

In support of Plaintiff's Motion for Extension of Time to File Responsive Claim Construction Memorandum, Plaintiff states as follows:

1. The deadline for filing responsive claim construction memoranda is currently February 5, 2009.

2. Plaintiff requires an extension to Monday, February 9, 2009.

3. Defendants have consented to this extension.

WHEREFORE, Plaintiff respectfully requests an extension of the deadline to file responsive claim construction memoranda to Monday February 9, 2009.

1