UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| U.S. RING BINDER, L.P., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case number 4:08cv0583 TCM |
| STAPLES, THE OFFICE SUPERSTORE, LLC., et al., | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff moves this Court for an order extending the time for filing motions to compel to October 2, 2009. Plaintiff notes in its motion that the Court previously extended the deadline for discovery to October 15 and for the filing of *Daubert* motions to October 30. The Court notes that that same Order granted the parties up to and including October 30, 2009, within which to file dispositive motions.

Plaintiff's consent motion for an extension of time to file motions to compel is GRANTED. [Doc. 114] The parties are cautioned, however, that the deadline for the filing of dispositive motions will not be extended, nor will the Court represent that any motions to compel or *Daubert* motions will be heard and ruled before October 30.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  8th  day of July, 2009.