# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| U.S. RING BINDER, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 4:08cv0583 TCM |
| ) | |
| STAPLES, THE OFFICE ) | |
| SUPERSTORE, LLC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This patent dispute is before the Court on its own motion. By Order entered August 10, 2009, the Court mistakenly denied as moot a motion for reconsideration filed by Defendants/Counter-Claimants. This Order is hereby VACATED. The motion for reconsideration [Doc. 103] is DENIED.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  27th  day of August, 2009.