```
MOTION:
Granted      ✓
Denied _____
Overruled_____
Date _____
     ᴏ͟ᴋ͟ᴏ͟ᴍ͟  9/10/09
```

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

U.S. RING BINDER, L.P.,

    Plaintiff,

v.

STAPLES, THE OFFICE
SUPERSTORE, LLC., et al.,

    Defendants.

CASE NO.  4:08-cv-00583 TCM

### CONSENT MOTION FOR EXTENSION OF TIME TO
### EXTEND DISCOVERY AND EXPERT DEADLINES

Plaintiff U.S. Ring Binder, L.P. files this Consent Motion for Extension of Time to

Extend Disclosure and Expert Deadlines outlined in the Case Management Order and in support

of that request, thereof states as follows:

  1.  Due to decision by the Court on Defendant's Motion for Claim Construction of the

Disputed Term *"lever arm,"* the parties agree to an extension of the discovery and expert

deadlines so that discovery responses can be based on the Court's recent claim construction order

regarding *"lever arm"*.

  2.  The parties requested extension would result in the following deadlines:

| | |
|---|---|
| Expert Report: | September 29, 2009 |
| Deposition of Expert: | October 13, 2009 |
| Rebuttal Expert Report: | November 5, 2009 |
| Deposition of Rebuttal Expert: | November 9, 2009 |
| Discovery: | November 9, 2009 |

1