UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. RING BINDER, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08cv0583 TCM |
| ) | |
| STAPLES THE OFFICE ) | |
| SUPERSTORE, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This patent dispute is before the Court on the unopposed motion of Plaintiff to reschedule the trial currently set on the docket for the week beginning March 29, 2010, due to a conflict with his personal schedule. [Doc. 126] For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion is GRANTED.

**IT IS FURTHER ORDERED** that, on or before October 5, 2009, counsel for the parties shall confer and submit three proposed trial dates, ranked by preference.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of September, 2009.